IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MATTHEW BRIAN VOGT,**

        **Plaintiff,**

v.

**TANYA CLOUTIER, RICHARD BLACK, and JEFFERSON COUNTY BUILDING DEPT.,**

        **Defendants.**

3:14-cv-01223-PK

ORDER

**BROWN, Senior Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#107) on April 2, 2018, in which he recommends this Court grant the Motion (#69) for Summary Judgment filed by Defendants Tanya Cloutier, Richard Black, and Jefferson County Building Department. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

On May 18, 2018, Plaintiff *pro se* Matthew Brian Vogt filed

1 - ORDER

"Objections" (#113) to the Magistrate Judge's Findings and Recommendation and requested additional time to file further objections.

On May 22, 2018, the Court issued a Scheduling Order (#114) and allowed Plaintiff until June 28, 2018, to file further objections. As of the date of this Order, Plaintiff has not filed further objections.

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Decker v. Berryhill*, 856 F.3d 659, 663 (9th Cir. 2017).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#107). Accordingly, the Court **GRANTS** Defendants'

Motion (#69) for Summary Judgment and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 10th day of July, 2018.

                                        Anna J. Brown

                                        _____
                                        ANNA J. BROWN
                                        United States Senior District Judge